RC:aw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

89-0272 CR-KEHOE

21 USC 846

UNITED STATES OF AMERICA

v.

ALVARO PALAU

MAGISTRATE
SMARGON   INDICTMENT

/

The Grand Jury charges that:

### COUNT I

From on or about September 21, 1988, to on or about October 20, 1988, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendant,

ALVARO PALAU,

did knowingly and intentionally combine, conspire, confederate and agree with persons both known and unknown to the Grand Jury to possess with intent to distribute a Schedule II narcotic controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine and its salt, cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

### COUNT II

On or about October 20, 1988, at Miami, Dade County, in the Southern District of Florida, the defendant,

ALVARO PALAU,

did knowingly and intentionally attempt to possess with intent to

-2-

distribute a Schedule II narcotic controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine and its salt, cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

FOREPERSON

DEXTER W. LEHTINEN
UNITED STATES ATTORNEY

ROBERT CIAFFA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 89-0272 CR-KEHOE

UNITED STATES OF AMERICA

v.

ALVARO PALAU

ESTIMATED TRIAL TIME

MAGISTRATE
SMARGON

FILED BY ROBERT L. _____ CLERK U.S. _____ SD OF FLA MIAMI
1989 MAY 10 PM 1:11
DC

### CERTIFICATE OF TRIAL ATTORNEY

I do hereby certify:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the indictment/information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. This case will take __3__ days for the parties to try.

4. (Check the appropriate category)

    | ✓ | I   | 0 to 5 days |
    |   | II  | 6 to 10 days |
    |   | III | 11 to 20 days |
    |   | IV  | 21 to 60 days |
    |   | V   | 61 days and over |

5. Has this case been previously filed in this Court? __NO__ (Yes or No)
    If yes, Judge:_____ (Attach copy of
    Case No:_____ dispositive order)

6. This case originated in the U.S. Attorney's office prior to August 16, 1985 __NO__ (Yes or No)

_Robert Ciaffa_
ROBERT CIAFFA
ASSISTANT UNITED STATES ATTORNEY