BLANK PAGE – MAG DOCUMENTS REMOVED