UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 89-272-CR-WILLIAMS
88-3617-Turnoff

UNITED STATES OF AMERICA

v.

ALVARO PALAU,

      Defendant.
_____/

## MOTION TO VACATE BENCH WARRANT

The United States of America, by and through the undersigned Assistant United States Attorney for the Sothern District of Florida, hereby files this motion to vacate the Bench warrant issued on November 15, 1988. As grounds for this Motion, the Undersigned Assistant United States Attorney states as follows:

1. On May 10, 1989, a grand jury sitting in the Sothern District of Florida returned a two-count Indictment charging the Defendant with Conspiracy to Possess with intent to distribute five (5) kilograms or more of cocaine, in violation of Title 21, United States Code, Section 846 (Count 1); and Attempted Possession with Intent to Distribute five (5) kilograms or more of cocaine, in violation of Title 21, United States Code, Section 846 (Count 2) (DE 1).

2. Prior to the return of the Indictment, on October 21, 1988, the Defendant appeared before U.S. Magistrate Judge William C. Turnoff for his initial appearance pursuant to a complaint. *See U.S. v. Alvaro Palau*, 88-3617-Turnoff. (DE: b). The Court entered a bond in the amount of $50,000 personal surety bond and scheduled the Defendant's arraignment or preliminary examination for October 31, 1988 (DE: c and e).

3. On October 31, 1988, the Defendant failed to appear for his arraignment and a

bench warrant was issued on November 15, 1988 (DE: k through m).

4.      On May 10, 1989, at the time the Indictment, referenced in paragraph 1 above, was returned, a warrant for the Defendant's arrest was issued (DE: 1, 2).

5.      Also on May 10, 1989, the grand jury returned a two-count Indictment charging the Defendant with failure to appear, in violation of Title 18, United States Code, Section 401(3) (Count 1); and bond jumping, in violation of Title 18, United States Code, Section 3146(f) (Count 2) (DE: 1) and an arrest warrant was issued for the Defendant's arrest. *See United States v. Alvaro Palau*, 89-CR-0273-ALTONAGA.

6.      On November 4, 2016, the Defendant appeared before U.S. Magistrate Judge Peggy Kuo, Eastern District of New York, after having been arrested pursuant to an Indictment which charged the defendant with three (3) Counts of Distribution of a controlled substance intending that such substance will be unlawfully imported into the United States, with in violation of Sections 959(a) and 959(c).

7.      The Defendant has agreed to a Rule 20 transfer of 89-CR-272-WILLIAMS and 89-CR-273-ALTONAGA to the Eastern District of New York for plea and sentence.

WHEREFORE, the undersigned Assistant United States Attorney respectfully requests that this Honorable Court vacate the Bench Warrant issued on November 15, 1988.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: _____
Robin W. Waugh
Assistant United States Attorney
FL BAR #: 937837
99 NE 4th Street, 7th Floor
Miami, FL 33132
Tel: (305) 961-9001
Fax: (305) 536-7213